NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael Machat
Machat & Associates, P.C.
433 N. Camden Drive, Ste. 400
Beverly Hills, CA 90210
Tel: (310) 860-1833

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD, and MICHAEL MACHAT<br>Plaintiff(s),<br>v.<br>ALIBABA GROUP HOLDING LTD and EBAY INC<br>Defendant(s) | CASE NUMBER:<br>2:15 cv-03323<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs TI Beverage Group, Ltd and Michael Machat
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TI BEVERAGE GROUP, LTD | PLAINTIFF |
| MICHAEL MACHAT | PLAINTIFF |
| MACHAT & ASSOCIATES, PC | PLAINTIFF |
| EBAY INC | DEFENDANT |
| ALIBABA GROUP HOLDING LTD | DEFENDANT |

MAY 4, 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

TI BEVERAGE GROUP, LTD and MICHAEL MACHAT

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES